UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO  DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 5:14-cr-34-Oc-10PRL

JOHN C. BOSCHERT


**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

On June 23, 2015, this Court sentenced John C. BOSCHERT to a term of

imprisonment of 108 months.  Doc. 104.  Pursuant to Rule 35(b)(1) of the

Federal Rules of Criminal Procedure, the United States moves this Court to grant

a four-level reduction in the defendant's offense level.  The United States submits

the following information in support of its Motion.

**MEMORANDUM OF LAW**

In August 2014, the defendant, JOHN C. BOSCHERT, and two other

conspirators, JENNIFER E. HOFFMAN and BRYAN T. ZUZGA., were charged

for their role in the operation of an investment fraud scheme.  Doc. 1.  In

particular, BOSCHERT and his conspirators were charged with defrauding over

100 victims out of more than $11 million, through investments offered in

connection with a company called Assured Capital Consultants.  As part of their

solicitations, the defendants represented to investors that their money would be

invested in a Performing Private Placement Investment and that BOSCHERT

had connections to the trading program that was being used.  Investors were told

that their investments were safe and that none of their money would leave the attorney escrow account that belonged to ZUZGA, who was represented as being an attorney licensed in Florida.  Investors were further advised that their funds would be used as collateral for a line-of-credit, which would then be used in trading.

None of those representations were true.  ZUZGA was not an attorney licensed in Florida or any other state, and the funds were not deposited into any escrow account controlled by him.  Instead, the three operated a scheme in which money from later investors was paid to earlier investors.  The three also used some of the money from the scheme for themselves, including purchasing residences for HOFFMAN and ZUZGA.

Upon his arrest, BOSCHERT agreed to plead guilty and cooperate with the United States immediately.  BOSCHERT was the first defendant to plead guilty, which he did on October 29, 2014 pursuant to a plea agreement.  Doc. 32, 40.  As part of his cooperation, BOSCHERT participated in two proffer sessions with the United States.  In those proffer sessions, BOSCHERT provided information to the United States about his role in the conspiracy and the role of his conspirators (HOFFMAN and ZUZGA).  BOSCHERT agreed to testify against both HOFFMAN and ZUZGA, and met with the United States to prepare for his trial testimony.

In part as a result of BOSCHERT's cooperation, HOFFMAN and ZUZGA decided to plead guilty.  ZUZGA pled guilty on June 17, 2015.  Doc. 90, 94.  HOFFMAN pled guilty on June 29, 2015.  Doc. 102, 106.

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  Fed. R. Crim. P., Rule 35(b)(1).  Here, defendant provided truthful and timely information to the United States, which has resulted in two of his co-defendants pleading guilty.

The United States believes that, because of his efforts on behalf of the United States, the defendant, JOHN C. BOSCHERT, should receive a four-level reduction in his offense level for his assistance.   The United States respectfully submits that a four-level decrease is appropriate to take into account the timeliness of BOSCHERT's cooperation.  See U.S.S.G. § 5K1.1 (identifying the "timeliness of the defendant's assistance" as one consideration in determining the appropriate reduction).

## CONCLUSION

For the foregoing reasons, this Court should grant the government's

motion for downward departure of defendant's sentence.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Roger B. Handberg*
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  roger.handberg@usdoj.gov

**U.S. v. JOHN C. BOSCHERT**                    **Case No. 5:14-cr-34-Oc-10PRL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rick Carey (counsel for the defendant)

<u>*s/ Roger B. Handberg*</u>
Roger B. Handberg
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  roger.handberg@usdoj.gov