# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED
2014 AUG 14 AM 9:34
2017 MAR 24 AM 7:53
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:14-cr-34-Oc-10PRL |
| JOHN C. BOSCHERT | ) | |
| | ) | |
| Defendant(s) | ) | |

ARREST WARRANT

**SEALED**

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without necessary delay

*(name of person to be arrested)* JOHN BOSCHERT

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This office is briefly described as follows:

conspiracy to commit wire fraud and wire fraud, in violation of 18 U.S.C. §§ 1349 and 1343

Date: 08.13.2014

*Issuing officer's signature*

City and state: Orlando, FL

MOLLIE A PLEICONES, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8-13-14, and the person was arrested on *(date)* 9-15-14

at *(city and state)* _____.

Date: 3/22/17

*Arresting officer's signature*

William "Bill" Bryn
*Printed name and title*